BLANK ROME, LLP
Attorneys for Plaintiff
FURNESS WITHY (AUSTRALIA) PTY. LTD.
Jack A. Greenbaum (JG 0039)
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FURNESS WITHY (AUSTRALIA) PTY. LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>LIBRA SHIPPING SERVICES LLC,<br><br>Defendant. | 07 Civ. **07 CV 10338**<br><br>**RULE 7.1 STATEMENT** |

RECEIVED

NOV 14 2007

U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiff FURNESS WITHY (AUSTRALIA) PTY. LTD. certifies that, according to information

provided to counsel by its clients, FURNESS WITHY (AUSTRALIA) PTY. LTD. is not a

publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
            November 14, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
FURNESS WITHY (AUSTRALIA) PTY. LTD.

By _____
      Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000