

Phone:  (212) 885-5284
Fax:    (917) 332-3834
Email:  JGreenbaum@BlankRome.com

June 19, 2008

**Via Hand Delivery**

Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

MEMO ENDORSED

    Re:   Furness Withy (Australia) Pty. Ltd. V. Libra Shipping Services, LLC
           Case No. 07 Civ. 10338 (SHS)

Dear Judge Stein,

    We represent the Plaintiff in this matter. We received your Order dated June 18, 2008, scheduling a pretrial conference on June 26, 2008, and write to request an adjournment. No prior request for an adjournment has been made.

    This is a maritime attachment matter under Supplemental Rule B. The merits of the dispute are in arbitration in London. We have restrained funds in the full amount of the claim and notified the defendant, but we have not heard anything from them or from any New York attorney in response.

    Therefore, it is respectfully submitted that no purpose would be served by conducting a conference at this time.

Thank you for your attention.

*The conference is adjourned to 9/26/08, at 10:30 a.m. No further adjournment. SO ORDERED 6/23/08*

Very truly yours,

Jack A. Greenbaum

SIDNEY H. STEIN
U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

632035.00601/6648293v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong